1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIO R. RODAS PORTILLO,              Case No.  1:23-cv-00920-JLT-BAM

12                Plaintiff,               **ORDER GRANTING PLAINTIFF'S
                                           MOTION TO AMEND**
13          v.
                                           (Doc. 20)
14   CITY OF SHAFTER, et al.,
                                           ORDER DIRECTING CLERK OF COURT TO
15                Defendants.              FILE PLAINTIFF'S LODGED SECOND
                                           AMENDED COMPLAINT
16

17          Plaintiff Mario R. Rodas Portillo, former county jail inmate, is proceeding pro se and *in*

18   *forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  On July 27, 2023, the Court

19   screened Plaintiff's original complaint and found that it failed to comply with Federal Rule of

20   Civil Procedure 8 and failed to state a cognizable claim for relief. The Court granted Plaintiff

21   leave to file an amended complaint within thirty (30) days. (Doc. 8.)  Plaintiff filed his first

22   amended complaint on August 23, 2023.  (Doc. 9.)  The first amended complaint has not yet been

23   screened.

24          On October 19, 2023, Plaintiff filed the instant motion for leave to file an amended

25   complaint.  (Doc. 20.)  Plaintiff asserts that he "left out 'City of Shafter' on his amended

26   complaint," and he has submitted a copy of his amended complaint with the "error fixed."  (*Id.*)

27   Plaintiff's second amended complaint was lodged on the Court's docket concurrent with the

28   instant motion.  (Doc. 21.)

                                            1

**DISCUSSION**

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend its pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). "Rule 15(a) is very liberal and leave to amend shall be freely given when justice so requires." *AmerisourceBergen Corp. v. Dialysist West, Inc.*, 465 F.3d 946, 951 (9th Cir. 2006) (citation and quotation omitted). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." *Id.*

In considering the relevant factors, the Court finds no evidence of prejudice, bad faith, undue delay in litigation, or futility. The Court previously granted Plaintiff leave to amend, Plaintiff's first amended complaint has not yet been screened, no defendants have been served or appeared in this action, and the Court will screen any amended complaint under the applicable standard. Accordingly, Plaintiff's motion to amend will be granted. The Clerk of the Court will be directed to file Plaintiff's lodged second amended complaint.

**CONCLUSION AND ORDER**

For the reasons stated, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to amend (Doc. 20) is granted.

2. The Clerk of the Court is directed to file Plaintiff's lodged second amended complaint (Doc. 21.)

3. The Court will screen Plaintiff's second amended complaint in due course.

IT IS SO ORDERED.

Dated:   **September 17, 2024**                    /s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE